1  Sheila M. Witt, Esq. (SBN 265324)
2  Melissa G. Fulgencio, Esq. (SBN 277663)
   **WITT LAW FIRM, PC**
3  2312 Park Ave., Unit 445
   Tustin, CA 92782
   Telephone:  (949) 229-5879
4  Facsimile: (949) 229-8633

5  Attorneys for Plaintiff,
   JUAN CARLOS ITURRALDE
6
   FORD & HARRISON LLP
7  Jenny S. Choi (SBN 285839)
   350 South Grand Avenue, Suite 2300
8  Los Angeles, CA  90071
   Telephone: (213) 237-2400
9  Facsimile:  (213) 237-2401

10  Attorneys for Defendant
    LANDCORP MANAGEMENT SERVICES LLC
11  dba LANDCORP

12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15

16
    JUAN CARLOS ITURRALDE, an          Case No. 8:19-cv-01014-JVS (AGRx)
17  individual,
                                        [Assigned to the Hon. James V. Selna]
18            Plaintiff,

19  v.                                  **ORDER ON JOINT STIPULATION
                                        TO DISMISS ENTIRE ACTION
20  LANDCORP MANAGEMENT                 WITH PREJUDICE; ORDER**
    SERVICES LLC dba LANDCORP,
21  an Arizona corporation; and DOES 1
    through 20 inclusive,
22                                      Complaint filed:  3/29/19
              Defendants.
23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

## <u>ORDER</u>

After review of the foregoing Stipulation, good cause appearing, **IT IS HERBY ORDERED THAT:**

1.    The above-captioned matter is dismissed in its entirety with prejudice as settled; and

2.    Each party shall bear its own costs and fees.

**IT IS SO ORDERED**.

Dated:  July 16, 2020    _____
Hon. James V. Selna
UNITED STATES DISTRICT JUDGE

## **PROOF OF SERVICE**

I, Esperansa Reinold, declare:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California  90071.  On July 15, 2020, I served a copy of the within document(s):

### **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER**

☒  ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  by placing the document(s) listed above in a sealed FedEx Overnight envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

Sheila M. Witt                                  Attorneys for Plaintiff
Steven A. Witt                                  Juan Carlos Iturralde
Witt Law Firm, PC
2312 Park Ave.., Unit 445                        Registered Participants
Tustin, CA 92782                                 in ECF System
Telephone:  (949) 229-5879
Facsimile:  (949) 229-8633
E-mail:  sheila@wittlf.com
            steven@wittlf.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 15, 2020, at Los Angeles, California.

_____
Esperansa Reinold